**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN

LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK

ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
JOHN V. HARRISON
CAROLINE F. HAYDAY
DAVID FLECHNER
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

August 20, 2015

BY EMAIL AND ECF

Honorable Thomas P. Griesa
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG), and related cases

Dear Judge Griesa:

  I write in connection with Your Honor's August 12, 2015 Order in the above-captioned matters, in which Your Honor Ordered, *inter alia*, that the Republic of Argentina (the "Republic") "prepare and deliver within 10 days of today a privilege log on a document-by-document basis." ECF No. 814. Under the current schedule, that privilege log is due this coming Monday, August 24, 2015.

  We write to request a brief, one-week extension of that deadline, to August 31, 2015. We need the additional time given the lengthy time period covered by plaintiffs' demands with the resulting amount of document review that needs to occur. Plaintiffs have informed us that they do not object to our request for this one additional week, and have asked that we attach to this letter their email to us setting out their non-objection. *See* Email from R. Cohen to C. Boccuzzi, dated Aug. 20, 2015.

We respectfully requests that the Court so-order the proposed schedule.

Respectfully submitted,

Carmine D. Boccuzzi

Attachment

cc: Counsel of Record (via Email and ECF)

SO ORDERED:

_____

U.S.D.J.

**From:** Cohen, Robert [mailto:robert.cohen@dechert.com]
**Sent:** Thursday, August 20, 2015 1:26 PM
**To:** Boccuzzi Jr., Carmine D.
**Cc:** Friedman, Edward A.
**Subject:**

Dear Carmine,

With respect to your request for a two week extension of time to provide the privilege log, as you know the Court's August 12th Order provided, in part, as follows:

```
4   .........   The

5   Court further holds that if the Republic is claiming a

6   privilege as to any documents or information required to be

7   produced under the discovery order of September 25, 2013, it is

8   directed to prepare and deliver within 10 days of today a

9   privilege log on a document-by-document basis.  Failure to do

10  so will be deemed to be a waiver of the claim of privilege.
```

Plaintiffs are not willing to stipulate to changes in the Court's Order. The 10-day period per the Court order ends on Saturday, August 22, so the Republic's privilege log is due Monday, August 24. If you apply to the Court for an extension, you have our permission to provide a copy of this email to the Court and advise the Court that plaintiffs would not object to a one-week extension to Monday, August 31.

Regards,

Robert


**From:** Boccuzzi Jr., Carmine D. [mailto:cboccuzzi@cgsh.com]
**Sent:** Wednesday, August 19, 2015 12:38 PM
**To:** Cohen, Robert; efriedman@fklaw.com
**Cc:** Northrop, Daniel J.
**Subject:** Argentina Cases

Dear Robert and Ed:

I write to request a brief extension, to Friday, September 4, to provide to you the privilege log requested by plaintiffs and ordered by Judge Griesa during the August 12 hearing. Please let me know whether you agree to this extension. Thank you.

Regards,
Carmine

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.